ORIGINAL

FILED
'07 DEC 26 AM 11:22

1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Plaintiffs
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13 | AMERICAN PRESIDENT LINES, LTD., a     | No. 07 6461 BZ
14 | corporation, and APL CO. Pte., LTD., a |
   | corporation,                           |
15 |                                        | CERTIFICATION OF INTERESTED
   |           Plaintiffs,                  | ENTITIES OR PERSONS
16 |                                        |
   |      v.                                | [Local Rule 3-16]
17 |                                        |
18 | GREAT AMERICAN INSURANCE               |
   | COMPANY, a corporation,                |
19 |                                        |
   |           Defendant.                   |
20

21

22  ///

23

24  ///

25

26

1  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2

3   Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following
4 listed persons, firms, partnerships, corporations (including parent corporations) or other entities
5 (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or
6 (ii) have a non-financial interest in that subject matter or in a party that could be substantially
7 affected by the outcome of this proceeding:

8   (a)   Neptune Orient Lines (NOL) – parent corporation

9   (b)   American President Lines, Ltd. (APL) – plaintiff (NOL subsidiary)

10   (c)   APL Co. Pte., Ltd. – plaintiff (affiliated corporation)

11   These representations are made to enable the Court to evaluate possible
12 disqualifications or recusal.

13
Dated: December 26, 2007
14
                                                    _____
15                                                  Mark K. de Langis
                                                    Attorney of Record for
16                                                  American President Lines, Ltd. and
                                                    APL Co. Pte., Ltd.

17

18

19

20

21

22

23

24

25

26