AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES, LTD., a corporation and APL CO. Pte., LTD., a corporation,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

GREAT AMERICAN INSURANCE COMPANY, a corporation,

CV 07    6461

Defendant.

BZ

TO:

GREAT AMERICAN INSURANCE COMPANY
Cincinnati, Ohio

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Mark K. de Langis  (SBN 190083)
Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA  94903

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
_____
CLERK

DEC 2 6 2007
_____
DATE

_____
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

OAO 440  (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE  January 7, 2008

Service of the Summons and complaint was made by me[1]

NAME OF SERVER *(PRINT)*

TITLE

Nelson Tucker

Registered Process Server

*Check one box below to indicate appropriate method of service*

√   Served personally upon the defendant.    Place where served:    Los Angeles, California

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☐   Other (specify):   Served personally on Wendy Maorga, Great American Insurance Company's designated Agent for Service of Process.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     See attached          See attached Proof of Service form
               Date                   Signature of Server


_____

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mark K. de Langis<br>Lucas Valley Law<br>2110 Elderberry Lane<br>San Rafael, CA 94903<br>TELEPHONE NO.: 415-472-3892          FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: American President Lines, LTD | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Great American Insurance Company | CV 07 6461 BZ |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Order Setting Initial Case Management Conference and ADR Deadlines;Certification of Interested Entities or Persons;Notice of Assignment of Case To A United States Magistrate Judge for Trial
3. a. Party served *(specify name of party as shown on documents served)*:
   Great American Insurance Company

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*:
   Wendy Maorga (Agent for service)

4. Address where the party was served:
   818 West 7th Street
   Los Angeles, CA 90017
5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 01/07/08          (2) at *(time)*: 1:40pm
   b. [ ] by substituted service. On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | Martin Dean's<br>ESSENTIAL FORMS™ | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|---|

| | |
|---|---|
| PLAINTIFF/PETITIONER: American President Lines, LTD | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Great American Insurance Company | CV 07 6461 Bz |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1)  on *(date)* :                          (2)    from *(city)* :
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d. ☐ **by other means** *(specify means of service and authorizing code section)*:

       ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)* :
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*: Great American Insurance Company
       under the following Code of Civil Procedure section:

       | | |
       |---|---|
       | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
       | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
       | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
       | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
       | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
       | | ☐ other: |

7.  **Person who served papers**
    a. Name: Process Service Network
    b. Address: 20832 Roscoe Blvd #110., Winnetka, CA 91306
    c. Telephone number: 818-772-4796
    d. The fee for service was: $          45.00          CCP1033.5(a)(4)(B)
    e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ registered California process server:
           (i) ☐ owner  ☐ employee  ☒ independent contractor.
           (ii) Registration No.: 1803
           (iii) County: Los Angeles

8.  ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9.  ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 01/10/08

Nelson Tucker
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

Martin Dean's
ESSENTIAL FORMS™