| | |
|---|---|
| 1 | LUCAS VALLEY LAW |
|   | MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane |
|   | San Rafael, California 94903 |
| 3 | Telephone: (415) 472-3892 |
|   | Facsimile: (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorneys for Plaintiffs |
|   | AMERICAN PRESIDENT LINES, LTD. and |
| 6 | APL CO. Pte., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., a corporation, and APL CO. Pte., LTD., a corporation, | No. C 07-6461 BZ |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| GREAT AMERICAN INSURANCE COMPANY, a corporation, | |
| Defendant. | |

///

///

1   Plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL")
2   hereby notify the Court that a settlement has been reached in this action.  The settlement is for all
3   claims and all causes of action against every party which has been named as a defendant in this
4   action.
5   APL anticipate filing a dismissal within 30 days, whereby APL will dismiss Defendant
6   Great American Insurance Company with prejudice.
7
8   DATED:  February 29, 2008                                    LUCAS VALLEY LAW
9
10
11                                     By: s/ _____
                                            Mark K. de Langis
                                            Attorneys for Plaintiffs
12                                          AMERICAN PRESIDENT LINES, LTD.
                                            APL Co. Pte., Ltd.
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**PROOF OF SERVICE**

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Marin, California, at 2110 Elderberry Lane, San Rafael, California 94903. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

NOTICE OF SETTLEMENT

by causing true and correct copies of the above to be placed in the United States Mail at San Rafael, California in sealed envelope(s) with postage prepaid, addressed as follows:

> Barry M. Boren, Esq.
> Law Offices of Barry M. Boren
> One Datran
> 9100 South Dadeland Blvd., #1800
> Miami, FL  33156
> (For Great American Ins. Co.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 29, 2008.

s/ Mark K. de Langis